IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, § § *Plaintiff*, § § v. § Civil Case No. 4:18-cv-00672-ALM § HUAWEI DEVICE USA, INC., HUAWEI § DEVICE (DONGGUAN) CO., LTD., AND § HUAWEI DEVICE CO., LTD., § § *Defendants*. § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney E. Leon Carter of the law firm Carter Arnett, PLLC appears as counsel of record for Defendants Huawei Device USA, Inc., Huawei Device (Shenzhen) Co., Ltd. and Huawei Device Co., Ltd. Mr. Carter hereby requests that all notices required to be given, and all papers required to be served in the above-entitled and numbered cause, be copied to and served upon him.

Dated:  January 7, 2019                                Respectfully Submitted,

/s/ E. Leon Carter
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterarnett.com
CARTER ARNETT, PLLC
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: No.: (214) 550-8188
Facsimile No.: (214) 550-8185

ATTORNEYS FOR DEFENDANTS
HUAWEI DEVICE USA, INC., HUAWEI
DEVICE (SHENZHEN) CO., LTD. AND
HUAWEI DEVICE CO., LTD.