# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA INC., HUAWEI DEVICE (DONGGUAN) CO., LTD., AND HUAWEI DEVICE CO., LTD.,<br><br>Defendants. | CIVIL ACTION NO. 4:18-cv-672-ALM<br><br>JURY TRIAL DEMANDED |

## AMERICAN PATENTS' NOTICE OF DISCOVERY DISCLOSURES

Plaintiff American Patents LLC hereby notifies the Court that it has complied with the Court's April 4, 2019 Scheduling Order by serving its Preliminary Infringement Contentions and Patent Local Rule 3-1 and 3-2 disclosures on counsel for Defendants via electronic mail on April 19, 2019.

Dated: April 22, 2019

Respectfully submitted,

*/s/ Zachariah S. Harrington*

Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

1

ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*