## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

AMERICAN PATENTS LLC,

    Plaintiff,

      v.

HUAWEI DEVICE USA, INC., ET AL.,

    Defendants.

CIVIL ACTION NO. 4:18-cv-672-ALM

**JURY TRIAL DEMANDED**

## ORDER

This matter came before the Court upon the Joint Motion to Dismiss filed by Plaintiff American Patents LLC ("American") Defendants Huawei Device USA Inc., Huawei Device (Shenzhen) Co., Ltd., Huawei Device Co., Ltd. ("Huawei"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by American against Huawei in this action are hereby dismissed with prejudice, and all counterclaims asserted by Huawei in this action are hereby dismissed without prejudice, subject to the Court's reservation of jurisdiction over the parties to enforce the parties' settlement agreement. It is further

**ORDERED** that American and Huawei shall bear their own costs, expenses and legal fees in this case.

All  relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**

**SIGNED this 8th day of September, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE